IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEVEN JOHN VOEGELE**                                          **PLAINTIFF**
**ADC #510347**

V.             NO: 4:17-CV-00547 JM

**MCGRAW**, *et al.*                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Voegele's claims against Turn Key and Sheriff Holladay are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Voegele's claims against McGraw in her official capacity are dismissed without prejudice for failure to state a claim upon which relief may be granted.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 13th day of October, 2017.

                                                               UNITED STATES DISTRICT JUDGE